UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 18-50105

GABRIEL M. MCCULLUM, and                            Chapter 7
APRIL L. MCCULLUM,
                                                    Judge Thomas J. Tucker
            Debtors.
_____/

**ORDER DENYING THE DEBTOR APRIL L. MCCULLUM'S MOTION FOR ORDER REOPENING AND REINSTATING CASE AND FOR WAIVER OF REOPENING FEE**

This case is before the Court on Debtor April L. McCullum's motion entitled "Ex-Parte Motion for Order Reopening and Reinstating the Chapter 7 Case and Automatic Stay and for Waiver of Reopening Fee," filed on August 17, 2018 (Docket # 25, the "Motion"), which this Court construes, in part, as a motion for reconsideration of, and for relief from, the Court's August 7, 2018 Order dismissing this case as to the Debtor April L. McCullum only (Docket # 20).

The Court has reviewed and considered the Motion, and finds the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

In addition, the Court notes the following. First, the allegations in the Motion do not establish excusable neglect under Fed.R.Civ.P. 60(b)(1), Fed.R.Bankr.P. 9024, or any other valid ground for relief from the order dismissing the case of the Debtor April McCullum.

Second, the Debtor April L. McCullum is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That provision provides in relevant part, that

> an individual may not be a debtor under this title unless such individual has, during the 180-day period ending on the date of filing the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

The Debtor April L. McCullum only received a credit counseling briefing on August 13, 2018, 25 days after filing the bankruptcy petition. (*See* Docket # 24.) With exceptions not applicable here, 11 U.S.C. § 109(h)(1) requires a debtor to obtain a credit counseling briefing *on or before* the date of filing the bankruptcy petition.

The Motion also requests a waiver of the $260.00 filing fee for reopening the case. A motion to reopen is not necessary, because this case has not been closed, so no filing fee is due for this Motion.

Finally, the Court notes that the Debtor April McCullum is not barred from filing a new bankruptcy case.

Accordingly,

IT IS ORDERED that the Motion (Docket # 25) is denied in its entirety.

**Signed on August 20, 2018**

/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**